

**UNITED STATES DEPARTMENT OF JUSTICE**

OFFICE OF THE UNITED STATES TRUSTEE

*NORTHERN DISTRICT OF ILLINOIS, REGION 11*

---

*219 S. Dearborn Street*   Main   *(312) 886-5785*
*Room 873*                 Fax    *(312) 886-5794*
*Chicago, IL 60604*

June 24, 2015

Ilene F. Goldstein, Esq.
Law Offices of Ilene F. Goldstein
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

Case Name:   Kim M. Oechsle
Case Number: 14 B 05543

Dear Ms. Goldstein:

On June 19, 2015, Bankruptcy Judge Goldgar entered an order reopening the above closed Chapter 7 case and ordering the appointment of a Chapter 7 trustee. Bond is fixed and approved as the blanket bond.

Effective immediately you are hereby assigned as the Chapter 7 trustee in the above referenced case. If you reject this appointment you must notify the court and this office within five (5) days of receipt of this letter. Otherwise you will be deemed to have accepted this appointment.

Sincerely,

Patrick S. Layng
United States Trustee

Rejected:

Signature

Date

David W. Asbach
Assistant United States Trustee

PLS:bj