Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Kim Marie Oechsle
33601 Royal Oak Ln
#102
Grayslake, IL 60030
SSN: xxx–xx–6986 EIN: N.A.

Case No. :   14–05543
Chapter :    7
Judge :      A. Benjamin Goldgar

---

Debtor's Attorney:

Richard G. Fonfrias
Fonfrias Law Group, LLC.
70 West Madison Suite 1400
Chicago, IL 60602

312–969–0730

Trustee:

Ilene F Goldstein ESQ
Law Offices of Ilene F. Goldstein
900 Skokie Blvd
Ste 128
Northbrook, IL 60062

847–562–9595

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above–named debtor(s) on **February 20, 2014** .

1. **December 18, 2015** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. **December 18, 2015** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non–Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: September 17, 2015

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 14-05543-ABG
Kim Marie Oechsle                                                 Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal            Page 1 of 1          Date Rcvd: Sep 17, 2015
                              Form ID: ntcftfc7         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2015.
```
db              +Kim Marie Oechsle,    33601 Royal Oak Ln,    #102,    Grayslake, IL 60030-2807
21548609         Cach, LLC,    Po Box 97029,    Redmond, WA 98073
21548617        +Jose & Isaura Garcia,    985 Michigan Ave,    Addison, IL 60101-4837
21548619        +Sears/CBNA,    Po Box 6275,    Sioux Falls, SD 57117-6275
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21548610        +EDI: STFC.COM Sep 18 2015 01:20:00      Cach, LLC,    4340 S Monaco St,    Second Floor,
                 Denver, CO 80237-3408
21548611        +EDI: CAPITALONE.COM Sep 18 2015 01:19:00      Capital One,    Po Box 71083,
                 Charlotte, NC 28272-1083
21548612        +EDI: CBSKOHLS.COM Sep 18 2015 01:19:00      Capital One/Kohls,    Po Box 3115,
                 Milwaukee, WI 53201-3115
21548613         EDI: RMSC.COM Sep 18 2015 01:20:00      GECRB/JCP,    Po Box 984100,    El Paso, TX 79998
21548614        +EDI: RMSC.COM Sep 18 2015 01:20:00      GEMB/Care Credit,    Po Box 981439,
                 El Paso, TX 79998-1439
21548615        +EDI: WFNNB.COM Sep 18 2015 01:19:00      HSN/Comenity Capital,    Po Box 182120,
                 Columbus, OH 43218-2120
21548616        +EDI: IRS.COM Sep 18 2015 01:20:00      Internal Revenue Service,    Po Box 7346,
                 Philadelphia, PA 19101-7346
21548618        +EDI: SEARS.COM Sep 18 2015 01:19:00      Sears/CBNA,    Po Box 6282,    Sioux Falls, SD 57117-6282
21548620        +EDI: WTRRNBANK.COM Sep 18 2015 01:19:00      Target Credit/TD Bank USA,    Po Box 673,
                 Minneapolis, MN 55440-0673
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2015 at the address(es) listed below:
```
              Ilene F Goldstein, ESQ    ifgcourt@aol.com, IL35@ecfcbis.com
              Mark L Shaw    on behalf of Debtor Kim Marie Oechsle markshawlaw@hotmail.com,
               ayoura@gmail.com;sllgrgosselin@hotmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G. Fonfrias    on behalf of Debtor Kim Marie Oechsle flgbkcourtmail@gmail.com,
               rfonfrias2025@gmail.com;cn2gand@gmail.com,rfonfriasecfcourt@gmail.com,jennifer@mycasesupport.com,
               bamse.lex@gmail.com,pd-law-EGMvpYCskq@mycasemail.com
                                                                                              TOTAL: 4
```